# EXHIBIT 15

## <u>Trust's Initial Witness List – As of November 10, 2021</u>

Pursuant to the Court's November 5, 2021, Supplemental Pretrial Scheduling Order [Doc. No. 119], the Trust provides the following initial list of individuals it intends to call at trial.

The following is an initial list of witnesses the Trust currently anticipates calling in its affirmative case.  This list is preliminary only, and the Trust reserves the right to supplement and amend it as the cases progress.  The Trust reserves the right to call any witness identified by Honeywell or any other party, any rebuttal witness, and such other witnesses as may be appropriate.  Without limiting any of the foregoing, the Trust reserves the right to supplement this list to include any witness who was inadvertently omitted or who comes to the Trust's attention after the date of this list.  Also without limitation, the Trust reserves the right to call any additional witnesses to provide foundational testimony should any party contest the authenticity or admissibility of any exhibits to be used at trial.

1. Mark Gleason
2. Richard Schiro
3. Ken Kawaichi
4. Nicole Snyder
5. CRMC
6. Mazars
7. Adi Wyner
8. Honeywell 30(b)(6) witnesses