UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HONEYWELL INTERNATIONAL INC.,

                Petitioner,

– *against* –

MAZARS USA LLP,

                Respondent.

**ORDER**

21 Misc. 870 (ER)

Ramos, D.J.:

    The January 10, 2022 order, Doc. 19, is hereby VACATED.

It is SO ORDERED.

Dated:  January 10, 2022
           New York, New York

                                                    Edgardo Ramos, U.S.D.J.